

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*John S. Crosby*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*john.crosby@usdoj.gov*

main: (973) 645-2700
direct: (973) 353-6023

July 30, 2026

**SO ORDERED.**

_____

**Hon. Esther Salas, U.S.D.J.**
**Date: July 30, 2026**

**BY ECF**

Hon. Esther Salas, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Zoungrana v. Soto, et al.,* No. 26-09385 (ES)
      **Request for Extension of Time to Return Petitioner**

Dear Judge Salas:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write to request an extension of time, until August 2, 2026, to allow Respondents to return Petitioner to Delaney Hall Detention Facility and release him pursuant to the Court's July 29, 2026 text order, ECF No. 7.

On July 29, 2026, our Office promptly notified ICE that Petitioner was required to be returned to New Jersey within 48 hours, pursuant to the Court's Text Order, ECF No. 7. ICE advised that Petitioner was located at Alexandria Staging Facility in Alexandria, Louisiana. ICE further advised that they are working to return Petitioner to New Jersey as soon as possible, however, Petitioner is currently scheduled to return on August 2. Respondents respectfully request until August 2 to return Petitioner to New Jersey and release him from ICE custody.

We thank the Court for its attention to this matter.